UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA )  Case # 2:11-CR-00035
        Plaintiff, )
vs. ) VERIFIED PETITION FOR
 ) PERMISSION TO PRACTICE
 ) IN THIS CASE ONLY BY
 ) ATTORNEY NOT ADMITTED
JAMES HAN ) TO THE BAR OF THIS COURT
 ) AND DESIGNATION OF
 ) LOCAL COUNSEL
 )
        Defendant(s). ) EFFECTIVE JUNE 1, 2004
 ) FILING FEE IS $175.00

GARY S. HARRISON, Petitioner, respectfully represents to the Court:

1. That Petitioner resides at 11268 Vista Ln, El Monte (city)

Los Angeles (county) . California (state).

2. That Petitioner is an attorney at law and a member of the law firm of HARRISON & RODRIGUEZ with offices at

8806 Las Tunas Dr. (street address), San Gabriel, CA (city), 91776 (zip code), 626-309-0500 (area code + telephone number)

garysharrison@yahoo.com
(Email address)

3. That Petitioner has been retained personally or as a member of the law firm by __JAMES HAN__ [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since __October, 1989__ (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of __California__ (state) where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Court of Appeal – 9th Circuit | 1989 | 143791 |
| U.S. Court of Appeal – 4th Circuit | 2010 | 143791 |
| U.S. District Court – Central District California | 1989 | 143791 |
| U.S. District Court – Southern District California | 1989 | 143791 |
| U.S. District Court – Eastern District California | 1989 | 143791 |
| Supreme Court of California | 1989 | 143791 |

6. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

7.   Has Petitioner ever been denied admission to the State Bar of Nevada?. (If yes, give particulars of every denied admission):  No.

8.   That Petitioner is a member of good standing in the following Bar Associations:

State Bar of California

9.   Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(If necessary, please attach a statement of additional applications)

10.   Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11.   Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12.   Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's Signature

STATE OF __CALIFORNIA__ )
COUNTY OF __Los Angeles__ )

__GARY S. HARRISON__, Petitioner, being first duly sworn, deposes and says:
That the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to before me this
__25th__ day of __February__, __2011__.

_____
Notary public or Clerk of Court

MICHAEL CHU
Commission # 1811966
Notary Public - California
Los Angeles County
My Comm. Expires Sep 28, 2012

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __STEPHEN NICHOL__, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is:

10120 S. Eastern Ave, Ste. 200                    (702) 281-2564
Henderson, NV 89052

(Street, City, State, Zip Code and Telephone No.)

4

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoints ___STEPHEN NICHOL___ as his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____   11671
Designated Resident Nevada Counsel's Signature   Bar number

APPROVED this 18th day of March, 2011.

_____
Gloria M. Navarro
United States District Judge

5

Rev 07.06